472 A.2d 258

Commonwealth v. Flail, Appellant.

Submitted October 24, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.